UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TONY COLIDA,

                                Plaintiff,

    -against-

NOKIA, INC.,

                               Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8056 (KMW) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

____ Habeas Corpus

____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____
     _____

     All such motions: __X__

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             February 29, 2008

                                                  _/s/ KWood_
                                                  Kimba M. Wood
                                           United States District Judge